■ ARIEL M. HIGGINS, Appellant, v FIRESTEIN MANAGEMENT, INC., Respondent. [840 NYS2d 920]—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Westchester County (Colabella, J.), entered September 28, 2006, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The defendant established its prima facie entitlement to summary judgment dismissing the complaint. In opposition, the plaintiff failed to raise a triable issue of fact (*see Zuckerman v City of New York*, 49 NY2d 557 [1980]). Krausman, J.P., Skelos, Angiolillo and McCarthy, JJ., concur.